UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GHL ARCHITECTURAL MILLWORK, LLC,<br><br>Defendant,<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | NO. MC21-0050RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, GHL Architectural Millwork, LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JPMorgan Chase Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on April 21, 2021.

Dated this 26th day of April, 2021.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1